■ In the Matter of BRITTANY S. and Another, Infants. WAYNE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAVID S., Appellant. [825 NYS2d 177]—Appeal from an order of the Family Court, Wayne County (Stephen R. Sirkin, J.), entered March

8, 2005 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, terminated respondent's parental rights and transferred the guardianship and custody rights of respondent to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, A.P.J., Scudder, Gorski and Smith, JJ.